```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BRANDON BANKS,                      :
                                    :
                    Plaintiff,      :
                                    :   08 Civ. 7463(RJS)(THK)
          -against-                 :
                                    :   ORDER
                                    :
CORRECTION OFFICER STEWART,         :   Pro Se
                                    :
                                    :
                    Defendant.      :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred to this Court for general pretrial supervision; it is hereby ORDERED that a pretrial telephone conference shall be held on April 8, 2009 at 10:00 a.m. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff Brandon Banks, No. 08 R 3948, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss a plan and schedule for completion of pretrial discovery.

So Ordered.

Theodore H. Katz
United Magistrate Judge

Dated: March 26, 2009
       New York, New York

COPIES MAILED
TO COUNSEL OF RECORD ON 3/26/09

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/09